IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUFUS MILLER,

    Petitioner,

v.                                       CASE NO. 5:10-cv-00276-RS-GRJ

SECRETARY,
DEPT OF CORRECTIONS,

    Respondents.

_____/

# O R D E R

This matter is before the Court on Doc. 12, Respondent's motion for an extension of time to respond to the Petition. Upon due consideration, it is **ORDERED:**

1. That the motion, Doc. 12, is **GRANTED.** Respondent shall respond to the Petition **on or before April 4, 2011.**

2. Petitioner shall have until **May 4, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 4th day of March 2011.

                                             *s/ Gary R. Jones*
                                             GARY R. JONES
                                             United States Magistrate Judge