IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUFUS S. MILLER,

    Petitioner,

v.                                                    CASE NO. 5:10-cv-00276-RS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondents.
_____/

# O R D E R

This matter is before the Court on Respondents' Third Motion For Enlargement Of Time. (Doc. 14.) Respondents seek a third 30 day extension of time to respond to the Petition. (Doc. 1.)

Upon due consideration, it is hereby **ORDERED** that**:**

1.     The Respondents' Third Motion For Enlargement Of Time (Doc. 14) is **GRANTED**. Respondents shall file their response to the Petition on or before **May 4, 2011.**

2.     Petitioner's reply, if any, shall be filed on or before **June 3, 2011**.

**DONE AND ORDERED** this 5th day of April, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge