IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUFUS S. MILLER,

    Petitioner,

v.                                                CASE NO. 5:10-cv-00276-RS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondents.
_____/

## O R D E R

This matter is before the Court on Respondents' Fourth Motion For Enlargement Of Time.  (Doc. 16.)  Respondents seek a third 30 day extension of time to respond to the Petition.  (Doc. 1.)

Upon due consideration, it is hereby **ORDERED** that**:**

1.     The Respondents' Fourth Motion For Enlargement Of Time (Doc. 16) is **GRANTED**.  Respondents shall file their response to the Petition on or before **June 3, 2011.**

2.     Petitioner's reply, if any, shall be filed on or before **July 5, 2011**.

**DONE AND ORDERED** this 5th day of May, 2011.

                                              *s/ Gary R. Jones*
                                             GARY R. JONES
                                             United States Magistrate Judge