Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUFUS S. MILLER,

    Petitioner,

v.                                                 CASE NO. 5:10-cv-276-RS-GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

    This matter is before the Court on Doc. 20, Petitioner's Motion For Extension of Time to file a reply. As further relief in the motion Petitioner requests the Court to enter an order compelling Respondent to provide him with copies of the exhibits to the Respondent's response.  Petitioner contends that there are in excess of 200 pages of exhibits in the Response, which he did not receive as part of the Response

    Petitioner has failed to identify any parts of the state court record that are not already in his possession.  Furthermore, it is apparent that Petitioner has at least certain portions of the state court record in his possession in that the record was necessary to the preparation of the Petition.  See Doc. 1 and attached exhibits. Because Petitioner does not identify with any specificity which of the records he does not have that are necessary to formulate a Reply and fails to provide any grounds in support of his request, the Court concludes that Petitioner's motion for production of exhibits is not well-taken. Accordingly, the motion is due to be denied without prejudice to the filing of a motion demonstrating Petitioner's need for additional portions of the record.  See Rule 6(b), Rules Governing Section 2254 Cases (authorizing discovery in

habeas cases upon a showing of "good cause;" such discovery may include the production of documents that the requesting party specifies).  Petitioner will also be afforded additional time to reply to the Respondent's response.

Accordingly, it is **ORDERED** that:

1. Petitioner's request for production of exhibits is **DENIED,** without prejudice to Petitioner's right to request the production of additional state court records upon a proper showing.

2. Petitioner's request for an extension of time is **GRANTED.**  Petitioner shall have until **August 22, 2011,** to file any reply to the response.

**DONE AND ORDERED** this 24th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge