IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUFUS MILLER,

       Petitioner,

v.                                  CASE NO. 5:10-cv-276-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

       Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 30, filed August 6, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and recommendation, ECF No. 33, filed August 28, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "The petition for writ of habeas

1

corpus is **DENIED**. A certificate of appealability is **DENIED.**"

The Clerk shall close the file.

SO ORDERED on August 30, 2013.

s/Mark E. Walker  
United States District Judge